DEARBORN FIRE FIGHTERS UNION LOCAL No 412, IAFF v CITY OF DEARBORN (POLICE OFFICERS ASSOCIATION OF DEARBORN v CITY OF DEARBORN). (Docket Nos. 54308, 54309.) Rehearing denied. *Eugene A. Forbes* for defendant-appellant. *Albin J. Schinderle,* Big Rapids City

Attorney, *Hartman, Beier, Howelett, McConnell & Googasian,* Birmingham City Attorneys, *Gerald Poole,* for City of Dearborn Heights, and *Peter Houk,* Lansing City Attorney, for Michigan Association of Municipal Attorneys as amicus curiae. Reported at 394 Mich 229.

SWAINSON, J., not participating.